

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.,**
Appellant

v.

George Samuel **LUDOLF,**
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant, D'Spain Construction L.L.C.

SIGNED September 22, 2021.

_____
Rebeca C. Martinez, Chief Justice